# United States District Court
# District of Massachusetts

BILL NORKUNAS, Individually,
    Plaintiffs,

    V                    CIVIL ACTION NO. 09-cv-11289-RBC

HARIHAR HOTEL LIMITED PARTNERSHIP,
    Defendant.

## FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE

COLLINGS, U.S.M.J.

    THIS CAUSE came before the Court on the Stipulation For Approval and Entry of a Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the premises, it is hereby

    ORDERED AND ADJUDGED that:

    1.    The Consent Decree is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

2. The above-styled cause be and the same is hereby DISMISSED with prejudice;

3. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot and the case is closed.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 10, 2010.